84 A.3d 700

John THOMPSON Jr, Petitioner

v.

PHILADELPHIA DISTRICT ATTORNEY'S OFFICE, et al., Respondents.

No. 181 EM 2013.

Supreme Court of Pennsylvania.

Jan. 28, 2014.

## ORDER

PER CURIAM.

AND NOW, this 28th day of January, 2014, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED WITHOUT

**PREJUDICE** to Petitioner to file a similar petition in the Court of Common Pleas of Philadelphia County.